# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:15cv114

| | |
|---|---|
| WILLIAM MARK KRINGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| ) | |
| Defendant. ) | |

Pending before the Court are the Motions for Writ of Mandamus [# 13 & # 17]. Upon a review of the record, the relevant legal authority, and the Plaintiff's motions, the Court **DENIES** the motions [# 13 & # 17]. Plaintiff fails to set forth sufficient legal basis for any of the relief he requests in the two pending motions.

Signed: September 21, 2015

Dennis L. Howell
United States Magistrate Judge